UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICENTE MEJIA JIMENEZ ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> THOR MOTOR COACH, INC., and DOES 1 ) <br> through 10, inclusive, ) <br> ) <br> Defendants. ) <br> ) | CASE NO.: 1:16-cv-01927-DAD-JLT <br><br> **[~~PROPOSED~~] ORDER GRANTING STIPULATION TO EXTEND NON EXPERT DISCOVERY CUTOFF DATE** <br><br> (Doc. 18) |

Based upon the stipulation of the parties, the Court **ORDERS**:

1. The non-expert discovery deadline is extended to March 16, 2018.

**<u>Absolutely no other amendments to the case schedule are authorized.</u>**

IT IS SO ORDERED.

Dated: **January 10, 2018**     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE