# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICENTE MEJIA JIMENEZ,<br><br>Plaintiff,<br><br>v.<br><br>THOR MOTOR COACH, INC., et al.,<br><br>Defendant. | Case No.: 1:16-CV-01927 - DAD - JLT<br><br>ORDER CLOSING THE CASE<br>(Doc. 20) |

The parties have settled their case and have stipulated to the action being dismissed with prejudice, with each side to bear their own fees and costs. (Doc. 20) The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order of the Court. Because all parties who have appeared in the action signed the stipulation (Doc. 22), it "automatically terminate[d] the action." Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated: **August 27, 2018**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE